

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC.,**
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

## O R D E R

Sitting:     Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Appellees/cross-appellants' opposed motion to allocate oral argument time is granted. The following times will be allotted for oral argument in this case:

20 minutes for Appellant's argument;
20 minutes for Appellees/Cross-Appellants;
13 minutes for Appellant's rebuttal and response to the cross-appeal; and
5 minutes for Cross-Appellants' rebuttal on the cross-appeal

It is so **ORDERED** September 16, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT